IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JACK DEWAYNE BRITT,<br><br>    Petitioner,<br><br>v.<br><br>BEN CURRY, Warden,<br><br>    Respondent. | C 07-1121 MHP (pr)<br><br>[~~PROPOSED~~] ORDER<br><br>Judge: The Honorable Marilyn H. Patel |

GOOD CAUSE SHOWN, Respondent's motion to late file its Answer is hereby GRANTED. Petitioner shall have ~~thirty~~ *sixty (60)* days after the date of filing to file a traverse. *Respondent's counsel shall hereafter file all pleadings at the time required.* ✱

Dated: 10/9/07

Marilyn Hall Patel
United States District Judge

✱ *Requests to file extension after the due date of a pleading will not be granted.*