1
2
3
4
5
6                    UNITED STATES DISTRICT COURT
7                   NORTHERN DISTRICT OF CALIFORNIA
8
9   JACK DEWAYNE BRITT,                    No. C 07-1121 MHP (pr)
10              Petitioner,                **ORDER**
11         v.
12  BEN CURRY, warden,
13              Respondent.
    _____/
14
15         Petitioner filed a "motion for a special hearing on the merits of the petition for writ of
16  habeas corpus due to respondent's failure to answer."  The motion is DENIED as moot.
17  (Docket # 14.)  The court had granted an extension of time and respondent's answer had been
18  filed before the motion was filed.  The motion apparently crossed in the mail with the answer
19  and order extending the deadlines.
20         Petitioner also filed a request to file a late brief.  The request is GRANTED.  (Docket
21  # 15.)  Petitioner's traverse, filed on December 21, 2007, is deemed timely filed.  The habeas
22  petition is now fully briefed and remains under submission.
23         IT IS SO ORDERED.
24  DATED:   July 30, 2008
                                            _____
25                                          Marilyn Hall Patel
                                            United States District Judge
26
27
28

United States District Court
For the Northern District of California